FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 2 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY STANTON BOYD,<br><br>      Petitioner,<br><br>vs.<br><br>JOHN F. SALAZAR, Warden,<br><br>      Respondent. | Case No. CV 08-2727-MMM (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein and the Superseding Report and Recommendation of United States Magistrate Judge filed April 3, 2009. Although petitioner originally filed objections to the Superseding Report and Recommendation, he now has filed a withdrawal of objections and consent to the dismissal of the Petition as recommended. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is granted, and (2) Judgment be entered dismissing the Petition with prejudice.

DATED: 07-28-09

*Margaret M. Morrow*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE