*JS-6 Entered*

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 2 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANNY STANTON BOYD,                     )     Case No.  CV 08-2727-MMM (RNB)
                                        )
                  Petitioner,           )
                                        )
     vs.                                )           **J U D G M E N T**
                                        )
JOHN F. SALAZAR, Warden,                )
                                        )
                  Respondent.           )
_____)

       Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

       IT IS HEREBY ADJUDGED that the Petition is dismissed with prejudice.

DATED: *07·23·09*

*Margaret M. Morrow*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY